The testimony of Frances Diamond that an effort had been made to cut her name out of the lining of the furs corroborated the testimony of the witness McDaniel, if such was necessary.

Finding no reversible error, the judgment of the trial court is affirmed.

We find no appeal bond or recognizance in the record and it is not shown that appellant is in jail.

In this state of the record we are without jurisdiction to enter any order in this misdemeanor appeal other than to dismiss the appeal. Braun v. State, Tex.Cr.App., 257 S. W.2d 708; Fletcher v. State, 156 Tex.Cr.R. 335, 242 S.W.2d 377; Eckles v. State, Tex. Cr.App., 262 S.W.2d 404.

The appeal is dismissed.

## ALEXANDER v. STATE.

### No. 27085.

Court of Criminal Appeals of Texas.

June 26, 1954.

No attorney on appeal for appellant.

J. M. Kolander, County Atty., Amarillo, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the sale of whisky on Sunday; the punishment, a fine of $100.

